**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| ex rel. JANETTE HALE, et al. | § | |
| | § | |
| | § | Civil Action No. 4:14-cv-545 |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | FILED UNDER SEAL |
| ROTECH HEALTHCARE, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER LIFTING SEAL

On April 11, 2018, the United States filed its Notice of Partial Intervention for Settlement. The United States requests that this action be unsealed. Having considered the Government's Notice, the Court orders that:

1. Relator's Complaint and Amended Complaint, the United States' Notice of Partial Intervention for Settlement, and this Order be unsealed;

2. All other papers on file in this action remain under seal and not be made public or served upon Defendant;

3. The seal be lifted as to all other matters occurring in this action <u>after</u> the date of this Order; and

4. The Parties shall file a joint stipulation of dismissal pursuant to the terms of their Settlement Agreement.